# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Rehearing Nos. 616 & 617

151800(73)(74)
153008

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

CLAM LAKE TOWNSHIP, and
HARING CHARTER TOWNSHIP,
        Appellants,

v

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / STATE
BOUNDARY COMMISSION, TERIDEE, LLC,
and CITY OF CADILLAC,
        Appellees.

_____

SC: 151800
COA: 325350
Wexford CC: 2014-025391-AA

TERIDEE, LLC, JOHN F. KOETJE TRUST,
and DELIA KOETJE TRUST,
        Plaintiffs-Appellees,

v

HARING CHARTER TOWNSHIP and
CLAM LAKE TOWNSHIP,
        Defendants-Appellants.

_____/

SC: 153008
COA: 324022
Wexford CC: 2013-024803-CH

      On order of the Court, the motions for rehearing are considered, and they are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017            

                                            Clerk